■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE H. DELFAUS, Appellant. (Appeal No. 1.) [671 NYS2d 368] —Judgment unanimously affirmed. Memorandum: County Court did not err in refusing defendant's request to instruct the jury on the lesser included offense of criminally negligent homicide. There is no reasonable view of the evidence that defendant committed the lesser offense of criminally negligent homicide but not the greater offense of manslaughter in the second degree (*see,* CPL 300.50 [1]; *People v Randolph,* 81 NY2d 868, 869).

*People v Delfaus* ([appeal No. 1] 249 AD2d 963 [decided herewith]). (Appeal from Judgment of Monroe County Court, Smith, J.— Felony Driving While Intoxicated.) Present—Green, J. P., Lawton, Hayes, Pigott, Jr., and Balio, JJ.